IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                                                 **PLAINTIFF**

V.                                    No. 4:25-CV-01148-JM

**DOES**                                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The Complaint is DISMISSED WITHOUT PREJUDICE.

2. If Stanley wishes to continue this case, he must, within thirty days of this order and accompanying judgment, submit the statutory filing and administrative fees of $405.00 to the Clerk of the Court along with a motion to reopen this case.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 17th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE