UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                                                **PLAINTIFF**

V.                                            No. 4:25-CV-01148-JM

**DOES**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 17th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE